PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Richard Williams                                      Cr.: 99-00754-007

Name of Sentencing Judicial Officer: Honorable Alfred J. Lechner, Jr., U.S. District Judge

Date of Original Sentence: 06/01/00

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 66 months imprisonment; 5 years supervised release; $100 special assessment; Special conditions: drug treatment and/or urinalysis and financial disclosure.

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/22/04

Assistant U.S. Attorney: Scott Resnik                  Defense Attorney: Hal Haveson, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 28, 2006, Williams' vehicle was stopped by the Elizabeth, New Jersey Police Department for a routine traffic stop, at which time, Williams could not produce a valid driver's license. Williams admitted to police that his license was suspended. A further check revealed that Williams had an outstanding child support/contempt warrant in Essex County. On March 2, 2006, Williams posted bail and was released. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | Williams failed to report his February 28, 2006 arrest to the Probation Office within 72 hours. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |
| | Specifically, during an office visit on May 24, 2005, Williams submitted a urine specimen which tested positive for marijuana. He admitted smoking marijuana at a barbeque the weekend prior to his urine test. During an office visit on June 7, 2005, Williams also admitted using marijuana on June 5, 2005. During a home visit on February 9, 2006, Williams submitted a urine specimen which tested positive for cocaine. Williams subsequently admitted drinking liquor which contained liquid cocaine. During an office visit on February 15, 2006, Williams submitted a urine specimen which tested positive for marijuana. In addition, during an office visit on February 28, 2006, Williams admitted using marijuana on February 11, 2006 and again on February 25, 2006. |
| 4 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Williams failed to report to the Probation Office on December 16, 2005; February 7, 2006; February 9, 2006; and February 14, 2006. In addition, Williams has failed to submit monthly supervision reports for the months of January and February 2006. |
| 5 | The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**' |
| | Despite numerous efforts by the Probation Office, Williams has failed to maintain gainful employment. |
| 6 | The offender has violated the supervision condition which states '**You shall support your dependents and meet other family responsibilities.**' |
| | As evidence by his recent February 28, 2006 arrest for contempt/willful nonsupport, Williams has failed to support his dependent(s). According to the Essex County Child Support Division, Williams owes $12,809 to City Welfare. Williams is Court-ordered to pay $51 weekly for support/arrears. |

PROB 12C - Page 3
Richard Williams

I declare under penalty of perjury that the foregoing is true and correct.

By: Anthony J. Nisi
U.S. Probation Officer
Date: 04/17/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

April 24, 2006
Date