PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Richard Williams                                              Cr.: 99-00754-007

Name of Original Sentencing Judicial Officer: Alfred J. Lechner, Jr. U.S. District Judge

Date of Original Sentence: 06/01/00
**Violation of Supervised Release:** 06/26/06

Name of Sentencing Judicial Officer: Dickinson R. Debevoise, Sr. U.S. District Judge

Original Offense: Conspiracy to Distribute Heroin

Original Sentence: 66 months imprisonment; 5 years supervised release; $100 special assessment; Special conditions: drug testing and/or urinalysis and financial disclosure.
**Re-Sentence on Violation:** Supervised Release revoked; 5 months imprisonment; 18 months supervised release; previous conditions continued.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 01/26/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

     Williams failed to report to the Probation Office for drug testing on April 2, 2007.

2    The offender has violated the special condition which states, '**The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.**'

     During an office visit on April 3, 2007, Williams admitted using marijuana.

PROB 12A - Page 2
Richard Williams

U.S. Probation Officer Action:

Probation recommends presentation of this document to the offender as a formal judicial written reprimand.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 04/11/07

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

Signature of Judicial Officer

April 17, 2007
Date